Philip Van Der Weele, OSB No. 863650
phil.vanderweele@klgates.com
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Telephone:   503.226.5727
Fax:              503.248.9085

Leah C. Lively, OSB No. 962414
leah.lively@ogletreedeakins.com
Amanda C. Van Wieren, OSB No. 135104
amanda.vanwieren@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:   503.552.2140
Fax:              503.224.4518

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| DUKE TRAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | **Case No.: 3:15-CV-00979-BR**<br><br>**DECLARATION OF LEAH C. LIVELY IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

I, Leah C. Lively, declare as follows:

1. I am one of the attorneys of record for defendant Wells Fargo Bank, N.A. in the above-captioned matter. I have personal knowledge of the facts set forth herein, or know of them by my review of documents maintained in the regular course of business by Ogletree

1 – LIVELY DECL. ISO UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

Deakins, and make this declaration in support of defendant's Unopposed Motion for Extension of Time to Respond to Amended Complaint.

2. I conferred with plaintiff's counsel, and was advised that plaintiff does not oppose this motion.

3. The additional time sought in defendant's accompanying motion is needed so that defendant may conclude its initial investigation in order to meaningfully respond to plaintiff's Amended Complaint.

4. This motion is made in good faith and not for the purposes of delay.

Pursuant to 28 U.S.C. § 1746 and the laws of the United States of America, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2016.

By: s/ Leah C. Lively
Leah C. Lively, OSB No. 962414
leah.lively@ogletreedeakins.com
Telephone:    503.552.2140

Attorneys for Defendant
WELLS FARGO BANK, N.A.

2 – LIVELY DECL. ISO UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the **Declaration of Leah C. Lively in Support of Unopposed Motion for Extension of Time to Respond to Amended Complaint** to be served upon the individuals listed below on this 12th day of July, 2016, via the Court's CM/ECF System to:

Michael Fuller, OSB #09357
Eric Olsen, OSB #783261
David Johnson, OSB #123553
OlsenDaines, P.C.
US Bancorp Tower
111 SW 5th Avenue, 31st Floor
Portland, OR 97204
Tel.: (503) 201-4570
Email: michael@underdoglawyer.com

Christina Stephenson, OSB #102287
Stephenson Law, LLC

Robert Le, OSB #094167
The Law Office of Robert Le

    Attorneys for Plaintiff Duke Tran

Billy J. Williams, OSB #901366
Neil J. Evans, OSB #96551
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, OR 97204
Tel.: (503) 727-1000
Email: neil.evans@usdoj.gov

    Attorneys for Plaintiff United States of America

DATED this 12th day of July, 2016.

    *s/ Rosealynn Seitz*
    Rosealynn Seitz, Practice Assistant
    rosealynn.seitz@ogletreedeakins.com

25415214.1

1 – CERTIFICATE OF SERVICE    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518