**LEAH C. LIVELY, OSB #962414**
leahlively@dwt.com
**SARAH E. AMES, OSB #132675**
sarahames@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

FILED19 JUN '17 1156USDC-ORP

Attorneys for Defendant
Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **DUKE TRAN,**<br><br>           Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>           Defendant. | Case No. 3:15-cv-00979-BR |

# AUDIO DISK CONTAINING

# EXHIBITS 3 AND 20 TO THE

# DECLARATION OF PETER LEDONNE

Page 1 – Declaration of Peter LeDonne

4816-2406-0741v.1 0088288-000066

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

