**Michael Fuller, OSB No. 09357**
Of Attorneys for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

**Leah Lively, OSB No. 962414**
Of Attorneys for Defendant
Davis Wright Tremaine LLP
1300 SW 5th Ave., Suite 2400
Portland, Oregon 97201
leahlively@dwt.com
Phone 503-241-2300

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DUKE TRAN,** | Case No. 3:15-CV-00979-BR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **WELLS FARGO BANK N.A.,** | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 1 of 3

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under FRCP 41(a)(1)(A)(ii) the parties stipulate that this action is dismissed with prejudice and without award of costs, attorney fees, or expenses to any party.

Dated this 4th day of February 2018.

| | |
|---|---|
| **OLSEN DAINES** | **DAVIS WRIGHT TREMAINE** |
| s/ Michael Fuller | s/ Leah Lively |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |
| **Michael Fuller, OSB No. 09357** | **Leah Lively, OSB No. 962414** |

**STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that I caused this document and all attachments to be served on all parties to this action via email by the CM/ECF system.

February 4th, 2018

                                s/ Michael Fuller
                                **Michael Fuller, OSB No. 09357**
                                Of Attorneys for Plaintiff
                                Olsen Daines PC
                                US Bancorp Tower
                                111 SW 5th Ave., Suite 3150
                                Portland, Oregon 97204
                                michael@underdoglawyer.com
                                Direct 503-201-4570